# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Philip Francis LaVallie, | ) | Case No. 4:06-cr-004 |
| | ) | |
| Defendant. | ) | |

On November 25, 2014, the court issued an order conditionally releasing defendant pending a revocation hearing. See Docket No. 40. One of the conditions of release imposed by the court was that defendant was to have no contact with the alleged victim (his wife) in his pending state case. The court, in consultation with the supervising Pretrial Services Officer and on its own motion, strikes this condition. All other conditions of release imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court